KOEFFLER, Respondent, vs. KOEFFLER, imp., Appellant.

*October 5—October 23, 1917.*

*Trusts and trustees: Testamentary trust: Termination.*

The decision of the trial court that a certain testamentary trust
may now properly be terminated, the trustee relieved, and the
trust funds and estate be turned over to the *cestui que trust*, is
*held* to be supported by the evidence.

APPEAL from a judgment of the circuit court for Milwau-
kee county: LAWRENCE W. HALSEY, Circuit Judge. *Af-
firmed.*

*Charles A. Koeffler, Jr.,* of Milwaukee, as trustee, ap-
pellant *in pro. per.*

For the respondent there was a brief by *Upham, Black,
Russell & Richardson* of Milwaukee, and oral argument by
*Wm. E. Black.*

ESCHWEILER, J.   The only question raised on this appeal
is whether or not there is sufficient testimony in the record
to support the conclusion of the trial court that the time has
now arrived at which that certain trust created in favor of
the plaintiff, *Hugo Koeffler,* by the last will and testament
of Charles Koeffler, deceased, who was the father of plaint-
iff, *Hugo Koeffler,* and the defendants, *Charles A. Koeffler,
Jr.,* Louis Luebben, and Hermine Baumgarten, could be
properly terminated, the trustee relieved, and the trust funds
and estate turned over to said plaintiff.

It is deemed unnecessary to recite the terms of the trust
created and concerned here or the testimony; it suffices to
say that we are satisfied that under the evidence in this case
the court below was warranted in deciding that the plaintiff
is now entitled to have turned over to him said trust funds,
the trust estate conveyed and assigned to him, and that the
defendant *Charles A. Koeffler, Jr.,* as trustee may thereupon
be released and discharged.

*By the Court.*—Judgment of the circuit court affirmed.